LEOPOLD FRANKEL, ET AL., PLAINTIFFS-PETITIONERS, v. CITY OF PATERSON, DEFENDANT-RESPONDENT.

See same case below: 3 *N. J. Super.* 15.

*Messrs. Frankel & Frankel* for the petitioner.

*Mr. Joseph R. Brumale* and *Mr. Charles S. Joelson* for the respondent.

September 19, 1949.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. BERT DALY, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 3 *N. J. Super.* 247.

*Mr. Horace K. Roberson* and *Mr. William P. Gannon* for the petitioner.

*Messrs. Brogan, Hague & Malone* for the respondents.

September 19, 1949.   Denied.